DEIDRE HOLMES CLARK, Appellant, v ALLEN & OVERY, LLP, Respondent.

Submitted March 30, 2015; decided May 7, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

ERIC M. BERMAN, P.C., et al., Respondents, v CITY OF NEW YORK et al., Appellants.

Submitted May 4, 2015; decided May 7, 2015

See 770 F3d 1002.

Motion by AARP et al. for leave to file a brief amici curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge RIVERA taking no part.

ERIC M. BERMAN, P.C., et al., Respondents, v CITY OF NEW YORK et al., Appellants.

Submitted May 4, 2015; decided May 7, 2015

See 770 F3d 1002.

Motion by Bromberg Law Office, P.C. et al. for leave to file a brief amici curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge RIVERA taking no part.